UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-22738-UU

SEAN ASHWELL AND CARRIE ASHWELL,

       Plaintiff,

v.

CARNIVAL CORPORATION,
a Panamanian Corporation, d/b/a
CARNIVAL CRUISE LINE,

       Defendant.
_____/

**CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel hereby files, pursuant to Federal Rule of Civil Procedure 7.1(a), its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

1.     Sean Ashwell and Carrie Ashwell, Plaintiffs

2.     Carnival Corporation, Defendant.

3.     Michael A. Robb, Counsel for Plaintiff

4.     Valentina Tejera, Counsel for Defendant

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 discloses that it is a publicly traded company whose common stock is listed on the New York Stock Exchange and there are no parent corporations or publicly held corporations that hold ten percent or more of its stock.

>VALENTINA M. TEJERA, ESQUIRE
>CARNIVAL CORPORATION
>3655 N.W. 87th Avenue
>Miami, Florida 33178-2428
>(305) 406-7556 Direct Phone
>(305) 599-2600 Ext. 18042 Assistant's Phone
>(305) 406-4732 Telefax
>Dedicated Judge's Phone (305) 406-5399
>(For Judges only)
>
>By:  *s/ Valentina M. Tejera, Esq.*
>     Valentina M. Tejera, Esq.
>     Fla. Bar No: 536946

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generate by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>Respectfully submitted,
>
>Valentina M. Tejera, Esquire
>CARNIVAL CORPORATION
>3655 N.W. 87th Avenue
>Miami, Florida 33178-2428
>(305) 406-7556 Direct Phone
>(305) 599-2600 Ext. 18042 Assistant's Phone
>(305) 406-4732 Telefax
>Dedicated Judge's Phone (305) 406-5399
>(For Judges only)
>
>By:   *s/ Valentina M. Tejera, Esq.*
>      Valentina M. Tejera, Esq.

## SERVICE LIST

| VALENTINA M. TEJERA, ESQ. | MICHAEL A. ROBB, ESQ. |
|---|---|
| vtejera@carnival.com | mrobb@clarkrobb.com |
| 3655 N.W. 87th Avenue | 7501 Wiles Road, Suite 207, Building 3 |
| Miami, FL 33178 | Coral Springs, FL  33067 |
| Telephone: (305) 406-7556 | Telephone: (954) 753-3903 |
| Facsimile: (305) 406-4732 | Facsimile: (954) 753-3903 |
| Attorney for Defendant | Attorney for Plaintiff |

[Service via CM/ECF Notice of Electronic Filing]